## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DESHONE E. DONALD**

   *Plaintiff*,

**v.**          **CASE NO.: 4:20cv536-MW/MAF**

**OFFICER WYCHE, et al.,**

   *Defendants*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6. The Magistrate Judge gave Plaintiff fourteen (14) days to amend his excessive force claim but he has not done so. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with court orders, for seeking a relief not cognizable under Section 1983, for failure to state a claim upon which relief can be granted, and because his claims are

barred under the Eleventh Amendment." The Clerk shall close the file.

**SO ORDERED on February 16, 2021.**

**s/Mark E. Walker          **
**Chief United States District Judge**